RECEIVED BY MAIL
AUG 0 6 2026
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

GUSTRY LESHAWN SAILEE
Plaintiff(s),

vs.

Case No. 26-cv-3536 DWF/SGE
(To be assigned by Clerk of District Court)

State of Minnesota Minneapolis Police Department Derick Chauvin JHon Ochs. Mark Bohnsuc And unknown officers Etc

DEMAND FOR JURY TRIAL

YES [X] NO [ ]

Defendant(s).

(Enter the full name(s) of ALL defendants in this lawsuit. Please attach additional sheets if necessary).

SCANNED
AUG 0 6 2026
U.S. DISTRICT COURT MPLS

**COMPLAINT**

PARTIES

1. List your name, address and telephone number. Do the same for any additional plaintiffs.

a. Plaintiff

Name GUSTRY LESHAWN SAILEE

Street Address 3301 7th Ave North. Anoka

County, City Anoka

State & Zip Code Minnesota 55303

Telephone Number 651-431-5304

2. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption.

   a. Defendant No. 1

      Name Derick Chauvin

      Street Address Minneapolis Police Department 4th Precinct

      County, City Hennepin

      State & Zip Code Minnesota

   b. Defendant No. 2

      Name Jhon Ochs

      Street Address Minneapolis Police Department 4th Precinct

      County, City Henneping

      State & Zip Code Minnesota

   c. Defendant No. 3

      Name Mark Bohnsac

      Street Address North East Police Department Minneapolis

      County, City Hennepinn

      State & Zip Code

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER.**
**Check here if additional sheets of paper are attached:** ☐
**Please label the attached sheets of paper to correspond to the appropriate numbered paragraph above (e.g. Additional Defendants 2.d., 2.e., etc.)**

## JURISDICTION

Federal courts are courts of limited jurisdiction. Generally, two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount of damages is more than $75,000 is a diversity of citizenship case.

3. What is the basis for federal court jurisdiction? *(check all that apply)*

   ☒ Federal Question ☐ Diversity of Citizenship

4. If the basis for jurisdiction is Federal Question, which Federal Constitutional, statutory or treaty right is at issue? List all that apply.

title 42 U.S. Government Conspiracy Against [illegible]s Rights 241. Depreviation of RIGHTS under Color of Law 242, Hate Crimes

5. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party? Each Plaintiff must be diverse from each Defendant for diversity jurisdiction.

   Plaintiff Name: State of Citizenship:

   Defendant No. 1: State of Citizenship:

   Defendant No. 2: State of Citizenship:

   **Attach additional sheets of paper as necessary and label this information as paragraph 5.**
   **Check here if additional sheets of paper are attached.** ☐

6. What is the basis for venue in the District of Minnesota? (*check all that apply*)

   ☒ Defendant(s) reside in Minnesota ☐ Facts alleged below primarily occurred in Minnesota

   ☐ Other: explain

## STATEMENT OF THE CLAIM

Describe in the space provided below the basic facts of your claim. The description of facts should include a specific explanation of how, where, and when each of the defendants named in the caption violated the law, and how you were harmed. Each paragraph must be numbered

separately, beginning with number 7. Please write each single set of circumstances in a separately numbered paragraph.

7.

Complaints attached 1/047

**Attach additional sheets of paper as necessary.**
**Check here if additional sheets of paper are attached:** ☒
**Please label the attached sheets of paper to as Additional Facts and continue to number the paragraphs consecutively.**

REQUEST FOR RELIEF

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking.

Grant Hundred Million Dollar Civil Suite and Send The Defendants to Jail for accountability of The Law.

Signed this 10 day of July 2026

Signature of Plaintiff ______________________

Mailing Address
3301 7th Ave north, Anoka
Anoka, Mn 55303
Telephone Number
651-431-5305

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide his/her mailing address and telephone number. Attach additional sheets of paper as necessary.