United States District Court

Gustry Leshan Sailee

Plaintiff / Petitioner

RECEIVED BY MAIL
AUG 0 6 2026
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

vs.

State of Minnesota

Minneapolis Police Department,

Derick Chauvin, Jhon Ochs,

Mark Bohnsac and unknown officers etc

Under Penalty of Persury All Information

Plaintiffs Address Correspondence

3361 7th Ave North

Anoka, Mn, 55303

SCANNED
AUG 0 6 2026
U.S. DISTRICT COURT MPLS

Complaint - Hate Crime 1# [illegible] 3 of 7

On or About 2002 - February My Residence was 3211 Sheridan Ave North MPLS 55412 A friend Came over my Mothers Residence to visit I walked to Her Car Her name was Christina Johnson I Sat on Her Pasanger Side of Vehicle Before I Got into Her Car I Could See A Squad Car At The End of Block on Sheridan while I was Sitting In The Car Talking to my friend The Minneapolis Police Pulled up Blocked Her Car in And officer Mark Bohnsac. And John Ochs Came to Pasanger Door Said I Had Anwarrant Pulled Me out of Car towards Middle of Street Several Squad Cars Came Pulling Around Corner with Police Chief Robert Cheif olson Kicked Me In Mouth I was Hogtied And MPLS Police officer Cut an Swatstika on My Back Like Hitler Sign My Left Pinky was Twisted In Knot Like an Pretzel I was Let out Hennepin County Work House Days Earlier. They Did This over Traffic Citation From Anoka County I never Resisted. Check Dash Cameras Hit My family with Shoes And Said Monkeys And Niggas Don't Have Rights. Complaint from Me And My family was filed with Civilian Review Athority Please Pull Records Complaints Also filed with FBI

CHRISTINA SHANSEN DRIVER of CAR WAS ALSO THROWN Into A SMALL BOAT

Please Investigate

Complaints: Civilian Review Athority

Federal Beuen of Investigations

111 Washinton

I Gaster Soilee

Talked and Gave Pictures to

FBI Agents

That on or About March 21, 2003 I was at my Mother Residence
With my uncle my 2 Boys Sleep I Herd a Banging
on The Door I went to front Door I Looked out window
Seen Several Police with Guns AR15 Shot Guns Drawn
I Ran to The Kitchen Called 911 The MPls Police
Kicked my Mothers Door In After She Left Residence
Came In Kitchen Derick Chauvin Slaming my face on
Ground my tooth went Through my Lip Spilled my Blood
Put a Gun In my Mouth Spit In my face And Another
MPls officers was Pumping a Shot Gun over my Head
With no Bullets The 911 Call Captured Everything
once They noticed 911 was on The Phone
They Escorted me Back Through House My uncle Jessie
was on Couch with 1 of my Kids Crying officer Put
His Gun to my Kids Head I made Complaints with
Civilian Review Authority I Herd 911 Tapes They were
Muffled out They Drove me to Jail In Church van
They Said This was a warrant For Missdemeanor Traffic
Ticket When I Didn't Have a warrant Please Investigate
Records from Civilian Review Authority

I Gave Pictures And Copy of false Warrant to IRA Witlock And Attorney Who was Going to File My Case And Seek Justice He Lost My file

On or About March 2023 I was At my Brother's Residence 521 19th Street northeast My Brother Came Home from work. 3:00 Am He was under influence He wanted to Leave But He Didn't He walked in His Room and Closed His Door And Couldn't unlock it with out my knowlege He Tried to Climb out His Window of Duplex Had And Slight fall. I was Sleep In front Room SubConcious Awake I Could Here Some on Saying Help Help I open Front Door of Porch Seen no one Yelled whats Your Name It Sound Like my Brother Nieghbor I Herd Some Choking Some one I Tried to Look out The window Could See nothing I Herd Help Help which was The Neighbor I Stated Loud From Porch whats Your name He Said nothing I Knew He Could Here Me. About 30 Minutes Later I See a Fire Truck Pull up And MPls From Northeast In Front of Neighbors House and Infront of My Brother's Duplex Some one Started Knocking At [scribbled out] At Back Door Entrance When I Came to Door The Police From MPls Northeast Ran Down The Stairs As Soon As I [scribbled out] Opened Door I Went to Front of Duplex And Stood On Porch

I Could See The Police I Said From Porch whats Going on The Police Didn't Say Anything Standing Infront of Duplex And on Side of House. I went Back to Sleep The next Morning I Opened My Brothers Door By force And He wasn't In There I Thought He was outside Because His Truck was Still There I walked out There My Mom Came over Before There and left I Seen window open My Phone wasn't working went to Neighbor House next Door The neighbor wife Answered Door Called My Mom She was on Here way Back over The Nieghbor Told Me My Brother Had An Acident My Mom Showed up The neighbor was Dressed Like The under Taker Jump In My Moms Car Drive off neighbor Called Police MARK Bothsac MPls Showed up with 14 Cop MPls north 1ast Didn't Explain My Brother Accident Didn't Take Noreports From Night Before MPls Police And Neighbor Choked My Brother out War Crime Neighbor Has to Be I N Army fake Restraining orders I never went to Court or was Served A Restraining order Didn't Know Anything Happen Tell next Day Put 2 And 2 Together Cops Laughing Trying to Make Me Look Like An fool. I Lake Resident up And Left Please View Body Cameras From That Night And Medical Record on what they Did to My Brother G Bland Sailee 2-11-578

Aditional Information Total of 4 Complaints 5 of 7

Crime Reported

Federal Bureau of Investigation

Department of Justice

CIA 2023 About my Brother GBlay Sailee And FBI 2024

John Betts, Mark Bahlsas Has Racial Profiled for Years And Hit me with Snow Ball Effect. Drivit offense Before I Could Get my Licence Back. And Lied About my Record Issues and MPD to Cover up Hate Crime. Please Send out investigators, And Start an Grand Jury inditment in MPls Police They also Mixed me and my Brothers name up and Gave False Alias. Violated our united States Constitutional Rights 1-15. And Amendments Human Rights, Civil Rights, Black constitutional Rights Supported By all files 100,000,000 Million Dollar Jury Demand

[signature]

6-28-2026

Please Investigate Local Government

Send out US Marshal Investigators

Complaint 3# I went to United States Court

House Talk to CJA Investigators 2023.

Contacted and went to Attorney General

Keith Ellison office. And Governor

Tim Waltz with Concerns. 2023 - 2024

Signed in Left Contact Information They

never Contacted me.

Please pull All of complaints From

Civilian Review Authority, 2001, 2002, 2003 And

Martin Luther King. offices, 2024.

And False Petition of Mentally Ill And Dangerous

Public Safety 2024, And False Government misconduct

2019 Predator offender Registration, And False Terroristic

Threats case Dakota County 1998 Please Investigate

And District Attorney Mary F Moriarty

 9. of 9

DEAR: MAGISTRATE I AM Requesting PRO SE PROJECT With Federal BAR Association Minnesota Chapter Please Approve LeGal Services Provider Enabling PRO SE PROJECT Volunteer to Recieve PRO Bono CLE CREDIT.

Sincerely, Gustry L Sailee

6-28-26