Gustry L Sailee
3301 7th ave north
Anoka, Mn 55303

1776 ★ 2026 USA FOREVER

United States District Court for District of Minnesota
Clerk's office
300 South Fourth Street,
Suite 202
Minneapolis, Mn 55415

RECEIVED BY MAIL
AUG 06 2026
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

SCANNED
AUG 06 2026
U.S. DISTRICT COURT MPLS